

## MEMORANDUM OPINION

No. 04-08-00872-CV

Jose Luis **AGUILAR** and Lorena Aguilar,
Appellants

v.

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-14545
Honorable Karen Pozza, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:   January 14, 2009

DISMISSED FOR WANT OF PROSECUTION

On December 2, 2008, the trial court clerk notified this court that the clerk's record was not filed because appellants failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants were not entitled to appeal without paying the fee. We subsequently ordered appellants to provide written proof to this court that either: (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. We warned appellants that if they failed to respond within the time

provided, we would dismiss their appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b).

Appellants have not filed a response and the clerk's record has not been filed.  We, therefore, order

this appeal dismissed for want of prosecution.


PER CURIAM